IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGEL GONZALEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-4193** |
| | : | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | : | |

## O R D E R

**AND NOW,** this 21st day of October, 2021, upon consideration of the Defendant's motion for summary judgment and all responses and replies thereto, **IT IS HEREBY ORDERED** that:

1. The Defendant's motion for summary judgment [Doc. 25] is **GRANTED**.
2. Judgment is **ENTERED** in favor of the Defendant and against the Plaintiff.
3. The Clerk shall mark this case as terminated.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**